**498**

has an administrative remedy for its complaint. In oral argument before this court, petitioner conceded that the commission had scheduled a hearing for the following week. The commission's regulations provide for administrative review of all the Department of Natural Resources' permit decisions. 10 C.S.R. 20–6.010(5)(D). No final decision for judicial review exists until the Clean Water Commission renders a decision on Lake Lotawana Development Company's administrative appeal. Section 644.071.1, R.S.Mo., 1986; *Greater Kansas City Baptist and Community Hospital Association v. Division of Employment Security*, 583 S.W.2d 247, 249 (Mo.App. 1979).

Because plaintiff has not yet exhausted its administrative remedies, the trial court was correct in dismissing its petition in mandamus. We, therefore, affirm the trial court's judgment.

All concur.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

Wesley CURD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39981.

Missouri Court of Appeals,
Western District.

June 28, 1988.

Gary William Smith, Sedalia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and CLARK, JJ.

STATE of Missouri, Respondent,

v.

Waldo A. TWEEDY, Jr., Appellant.

No. WD 39794.

Missouri Court of Appeals,
Western District.

June 28, 1988.

